UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00067-FDW-DCK

| ELLA FEASTER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| AUTO CREDIT SOURCE, INC., | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court *sua sponte* as to the status of this case. On October 21, 2013, this Court issued an order to show cause as to why this case should not be dismissed for failure to show cause. (Doc. No. 3.) The Court issued the show cause order after first speaking with Plaintiff's counsel by telephone, inquiring into the status of the case, and receiving no response. The Order specifically directed Plaintiff to file a response by October 28, 2013. Neither Plaintiff nor Plaintiff's counsel has filed any response to the show cause order, and the time for doing so has expired.

IT IS THEREFORE ORDERED that Plaintiff's case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to properly serve summons and Federal Rule of Civil Procedure 41(b) for failure to prosecute this case.

IT IS SO ORDERED.

Signed: November 7, 2013

Frank D. Whitney
Chief United States District Judge